Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Sandra Ryan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| SANDRA RYAN | Federal Case No.: 2:18-CV-00228-JAM-GGH |
|        Plaintiff, | |
|    vs. | **ORDER FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| EQUIFAX, INC., et. al., | |
|        Defendants. | |

**ORDER**

Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed *with prejudice*, and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.


DATED: 7/27/2018         /s/ John A. Mendez_____
                                JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE